628

422 A.2d 685

Wilson, Appellant, v. Wilson.

Argued March 19, 1979. Joseph P. Caranci, Jr., for appellant; Timothy F. Sullivan, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

Aug. 8, 1979.

422 A.2d 685

Commonwealth v. Patterson, Appellant.

Submitted October 26, 1978. John P. Liekar, Public Defender, for appellant; Jess D. Costa, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.